UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor(s), Dulcidio V Fernandes

**Order Filed on August 6, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

DULCIDIO V FERNANDES

Case No.: 26-14146

Chapter: 13

Judge: JKS

**ORDER RESPECTING REQUEST FOR EXTENSION**
**OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 6, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on May 5, 2026:

Property: 160 Tappan Street Kearny, NJ 07032

Creditor: Rocket Mortgage

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by the debtor, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by ______________________, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including September 30, 2026.

☐ The Loss Mitigation Period is terminated, effective ______________________.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:
Dulcidio V Fernandes
Debtor

Case No. 26-14146-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Aug 10, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dulcidio V Fernandes, 160 Tappan Street, Kearny, NJ 07032-3317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Dulcidio V Fernandes ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage PassThrou bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven Eisenberg | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage PassThrou bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5