**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
DULCIDIO V FERNANDES

**Order Filed on August 14, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.: 26-14146**

**Hearing Date: 08/13/2026**

**Judge: JOHN K. SHERWOOD**

**ORDER DENYING CONFIRMATION**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: August 14, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): DULCIDIO V FERNANDES

Case No.: 26-14146JKS

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 08/13/2026 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 8/13/2026 of the plan filed on 05/22/2026, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 09/03/2026 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-14146-JKS
Dulcidio V Fernandes Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Aug 14, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dulcidio V Fernandes, 160 Tappan Street, Kearny, NJ 07032-3317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Dulcidio V Fernandes ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage PassThrou bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven Eisenberg | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage PassThrou bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5