Form 186 − ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 26−14146−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dulcidio V Fernandes
160 Tappan Street
Kearny, NJ 07032

Social Security No.:
xxx−xx−1302

Employer's Tax I.D. No.:

---

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 09/02/2026 and a confirmation hearing on the Modified Plan is scheduled for 10/8/2026 at 09:45 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 3, 2026
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-14146-JKS
Dulcidio V Fernandes Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3
Date Rcvd: Sep 03, 2026 Form ID: 186 Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dulcidio V Fernandes, 160 Tappan Street, Kearny, NJ 07032-3317 |
| cr | + | THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 521073353 | + | Bank of New York Mellon c/o, Stern & Eisenberg, PC, 1040 N. Kings Highway, Ste. 407, Cherry Hill, NJ 08034-1925 |
| 521073381 | | Mr. Cooper, 8950 Cypress Water Blvd, Corsicana, TX 75109 |
| 521073382 | + | New York Community Bank c/o, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 521073391 | | Veolia Water, 69 Devoe Place, Hackensack, NJ 07601-6105 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 03 2026 21:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 03 2026 21:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521073352 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2026 21:55:57 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521073354 | + | Email/Text: famc-bk@1stassociates.com | Sep 03 2026 21:48:00 | Bk Of Mo, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 521073356 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2026 21:56:20 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521073359 | | Email/Text: cfcbackoffice@contfinco.com | Sep 03 2026 21:47:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 521073360 | | Email/Text: cfcbackoffice@contfinco.com | Sep 03 2026 21:47:00 | Continental Finance Co, Pob 8099, Newark, DE 19714 |
| 521073358 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 03 2026 21:47:00 | Comenity/Burlington, Po Box 182120, Columbus, OH 43218-2120 |
| 521073357 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 03 2026 21:47:00 | Comenity/Burlington, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 521073361 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 03 2026 21:55:53 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521073363 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 03 2026 21:56:08 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 521073365 | | Email/Text: bankruptcycourts@equifax.com | Sep 03 2026 21:47:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |

| | | | | |
|---|---|---|---|---|
| 521073366 | ^ | MEBN | Sep 03 2026 21:44:24 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 521073367 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 03 2026 21:55:52 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 521073368 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 03 2026 21:55:51 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 521073369 | + | Email/Text: signed.order@pfwattorneys.com | Sep 03 2026 21:46:00 | First Interstate Financial Corp., c/o Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 521073372 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 03 2026 21:55:57 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 521073371 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 03 2026 21:55:57 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 521200144 | ^ | MEBN | Sep 03 2026 21:46:23 | Fresenius Medical Care, PO Box 635800, Cincinnati, OH 45263-5800 |
| 521073373 | ^ | MEBN | Sep 03 2026 21:46:32 | Garden Savings F.c.u., 129 Littleton Rd, Parsippany, NJ 07054-1897 |
| 521078447 | ^ | MEBN | Sep 03 2026 21:46:33 | Garden Savings Federal Credit Union, 129 Littleton Road, Parsippany, NJ 07054-1897 |
| 521073375 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 03 2026 21:47:00 | Internal Revene Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 521073376 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 03 2026 21:48:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 521073377 | ^ | MEBN | Sep 03 2026 21:45:10 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 521073378 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2026 21:55:57 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521073379 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 03 2026 21:47:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 521073380 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 03 2026 21:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 521239400 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 03 2026 21:47:00 | Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2037, Warren, MI 48090-2037 |
| 521073383 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2026 21:55:57 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 521073384 | | Email/Text: bnc-quantum@quantum3group.com | Sep 03 2026 21:47:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521073385 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 03 2026 21:48:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 521073386 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 03 2026 21:46:00 | State of New Jersey Div. of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 521264467 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 03 2026 21:46:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 521073387 | + | Email/Text: sfirozvi@kearnynj.org | Sep 03 2026 21:46:00 | Town of Kearny, Tax Collector, 402 Kearny Avenue, Kearny, NJ 07032-2604 |
| 521073388 | ^ | MEBN | Sep 03 2026 21:44:02 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 521073390 | | Email/Text: bnc_4301@velocityrecoveries.com | Sep 03 2026 21:47:00 | Velocity Investments, Llc, 1800 Route 34 N, Wall, NJ 07719 |

| | | | | |
|---|---|---|---|---|
| 521073389 | | Email/Text: bnc_4301@velocityrecoveries.com | Sep 03 2026 21:47:00 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719 |
| 521073392 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 03 2026 21:56:11 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521073370 | | First Premier Bank |
| 521073355 | *+ | Bk Of Mo, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 521073362 | *+ | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521073364 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 521073374 | *+ | Garden Savings F.c.u., 129 Littleton Rd, Parsippany, NJ 07054-1897 |
| 521078451 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Dulcidio V Fernandes ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage PassThrou bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven Eisenberg | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR4 Mortgage PassThrou bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5